# SUMMONS - CIVIL

JD-CV-1   Rev. 9-12
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | (203) 579-6527 | December 4, 2012 |

| ☒ Judicial District    ☐ Housing Session | G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349): **Bridgeport** | Case type code *(See list on page 2)*: Major: **T**   Minor: **90** |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| John R. Williams, 51 Elm Street, New Haven, CT 06510 | 067962 |

| Telephone number *(with area code)*: (203) 562-9931 | Signature of Plaintiff *(if self-represented)* |
|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: Buturla, Jennifer<br>Address: 181 Berkley Road, Fairfield, CT 06825 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: AWTY Productions, LLC<br>Address: 2900 West Olympic Boulevard (3rd Floor), Santa Monica, CA 90404 [and c/o CT Secretary of State] | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left: John R. Williams | Date signed: 11/05/2012 |
|---|---|---|---|

**If this Summons is signed by a Clerk:**
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Michael Sipes, 51 Elm Street, New Haven, CT 06510

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Date: 11/05/2012 |
|---|---|---|

A TRUE COPY ATTEST
ROBERT S. MILLER
State Marshal / Indifferent Person

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN: DECEMBER 4, 2012 | : | SUPERIOR COURT |
| JENNIFER BUTURLA | : | J. D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| AWTY PRODUCTIONS, LLC | : | NOVEMBER 5, 2012 |

## COMPLAINT

### COUNT ONE

1. This is an action pursuant to the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §§ 46a-60, *et seq.*

2. The plaintiff has complied with all of the procedural prerequisites to suit under the statutes aforementioned, having filed a timely complaint of unlawful employment discrimination and retaliation with the Connecticut Commission on Human Rights and Opportunities on July 18, 2011, and having received a Release of Jurisdiction issued on August 17, 2012.

3. The plaintiff is a single adult female who suffers from anxiety and depression. She resides in the Judicial District of Fairfield.

4. The defendant is a Delaware Corporation with its principal place of business located at 2900 West Olympic Boulevard in Santa Monica, California. At all relevant times, it did business in the State of Connecticut at 300 Stillwater Avenue in the City of Stamford. The defendant's Connecticut agent for service

1

of process is the Secretary of State at 30 Trinity Street in Hartford.

5. The defendant employs more than fifteen persons.

6. The plaintiff was employed by the defendant in January 2010 as a Camera Scenic/Journeyman Scenic. Throughout the entire period of her employment, she received no disciplinary actions.

7. From September 2010 through May 2011, Adam Novich, a co-worker of the plaintiff's had sexually harassed her. The plaintiff complained to supervisory officials of the defendant, namely, Michelle Armour, Tom Woods, Holly Moore, Stan Charnion and Mary Owens. None of them helped her, telling her either that they did not want trouble on the job or that her problem was not their concern. Thereafter, Novich's sexual harassment of the plaintiff continued and in particular he sexually harassed her on May 24, 2011, and again she complained to her supervisors.

8. The plaintiff was summarily terminated from her employment on June 7, 2011.

9. The plaintiff's opposition to sexual harassment was in part a reason for her termination.

WHEREFORE the plaintiff claims judgment against the defendant for retaliation based upon her opposition to unlawful employment practices, all in violation of the Fair Employment Practices Act.

2

COUNT TWO

1 - 7. Paragraphs 1 through 7 of Count One are hereby made Paragraphs 1 through 7, respectively, of Count Two.

8. In the manner described above, the defendant subjected the plaintiff to a hostile working environment because of her sex.

WHEREFORE the plaintiff claims judgment against the defendant for maintaining a hostile working environment in violation of the Fair Employment Practices Act.

COUNT THREE

1 - 6. Paragraphs 1 through 6 of Count One are hereby made Paragraphs 1 through 6, respectively, of Count Three.

7. In January 2011, the plaintiff shared with her supervisor Holly Moore that her mental state was unstable because of her brother's suicide in 2008. During 2011 the plaintiff also discussed her delicate mental issues with other supervisors and co-workers, including Norval Johnson, Matteo DiCosmo, Stan Cnarnion, Holly Moore and Beverly Miller.

8. Between January 2011 and June 7, 2011, the plaintiff was repeatedly and continually harassed, laughed at, called crazy and shunned at the workplace, expressly because of her "mental disorders." This abusive and

3

hostile working environment because of the plaintiff's mental disability was perpetrated by supervisory officials of the defendant and by co-workers with the knowledge and tacit approval of the defendant's supervisory officials.

9. In the manner described above, the plaintiff was subjected to a hostile working environment because of her mental disability.

WHEREFORE the plaintiff claims judgment against the defendant for maintaining a hostile working environment because of her disability, inviolation of the Fair Employment Practices Act.

THE PLAINTIFF

BY /s/ JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

4

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney