Duggan, Gianacoplos & Mahoney
89 Access Road
Unit A
Norwood, MA 02062

May 08, 2015

In Reference To: Jennifer Buturla v. AWTY, LLC
Connecticut Commission on Human Rights and Opportunities ("CHRO")
Docket No.: 122015
DOL: 06/2011
Your Claim No.: 00511881673
Our File No.: 668-092

Invoice #22813

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 4/22/2015 | Drafted Motion to Compel plaintiff's production of tax returns and deposition transcript from unrelated case. | 1.80 153.00/hr | 275.40 |
| 4/29/2015 | Reviewed and revised motion to compel plaintiff's deposition transcript and tax returns. | 0.50 153.00/hr | 76.50 |

Duggan & Gianacoplos
89 Access Road
Unit A
Norwood, MA 02062

July 06, 2015

In Reference To: Jennifer Buturla v. AWTY, LLC
Connecticut Commission on Human Rights and Opportunities
("CHRO")
Docket No.: 122015
DOL: 06/2011
Your Claim No.: 00511881673
Our File No.: 668-092

Invoice #22881

Professional Services

| Date | Description | Hrs/Rate | Amount |
|------|-------------|----------|--------|
|  | Drafted Motion to Compel Production of Plaintiff's Pre-incident Medical and Psychiatric Records. | 1.80<br>153.00/hr | 275.40 |